## MARYLAND CASUALTY COMPANY v. L. WOLFORT & COMPANY.
### No. 5155.

Circuit Court of Appeals, Seventh Circuit.
April 9, 1934.

Before EVANS and FITZHENRY, Circuit Judges.

PER CURIAM.

Now this day come the parties by their counsel and present a stipulation that this appeal be dismissed, which said stipulation is in the words and figures following, to wit: "It is hereby stipulated and agreed by and between the above-named appellant, Maryland Casualty Company, by John W. Freels, of East St. Louis, Ill., its attorney, and the above-named appellee, L. Wolfort and Company, by Ralph F. Lesemann, of East St. Louis, Ill., its attorney, that the appeal heretofore entered in this court and now pending therein is to be dismissed at the cost of the appellant." On consideration whereof, it is now here ordered, adjudged, and decreed by this court that this appeal be, and the same is hereby, dismissed at the cost of the appellant.

## John MASTROIANNI, Plaintiff-In-Error, v. UNITED STATES of America, Defendant-In-Error.
### No. 335.

Circuit Court of Appeals, Second Circuit.
March 19, 1934.

Oliver D. Burden, U. S. Atty., of Syracuse, N. Y., for the United States.

Dennis S. Dawson, of Cohoes, N. Y., for appellant.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.
Judgment affirmed.

## Hyman M. MAY et al. v. TRAVELERS' INSURANCE COMPANY et al.
### No. 1020.

Circuit Court of Appeals, Tenth Circuit.
Jan. 15, 1934.

Davidson & Williams, of Tulsa, Okl., for appellants.

Embry, Johnson, Crowe & Tolbert, of Oklahoma City, Okl., for appellees.

Before PHILLIPS, McDERMOTT, and BRATTON, Circuit Judges.

PER CURIAM.
Appeal dismissed for failure to prosecute.